UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEIL RHODES, individually and as a shareholder of ALARM SPECIALIST, INC., suing on behalf of Himself and all shareholders of ALARM SPECIALIST, INC. similarly situated and in the right of ALARM SPECIALIST, INC.,

Plaintiff,

-v-

GARY DAVIS, ALARM SPECIALIST, INC.

Defendant.

JUDGE ROBINSON

Case No. 08 CIV. 4283

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Above Captioned Plaintiffs (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: May 5, 2008

**Signature of Attorney**: Thomas C. Landrigan

**Attorney Bar Code:** TL-3116

Form Rule7_1.pdf   SDNY Web 10/2007