UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

NEIL RHODES, et al.,

        Plaintiffs,                        CIV No.
                                                        08 CIV 4283(SCR)

  -against-

GARY DAVIS, et al.,

        Defendants.
------------------------------------X

### Defendants' Rule 7.1 Statement

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the District Court for the Southern District of New York to evaluate possible disqualification or recusal, the undersigned counsel for the defendants, Gary S. Davis and Alarm Specialists, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

**NONE**


Dated:       June 5, 2008
                  White Plains, New York

                                              ANTHONY J. SIANO, ESQ.
                                              Attorney for Defendants
                                              Gary S. Davis and Alarm Specialists
                                              Inc.

                                By:    _____
                                              Anthony J. Siano, Esq. (AS8842)
                                              333 Westchester Avenue – Suite 300
                                              White Plains, New York 10604
                                              (914) 997-0100

TO:    Thomas C. Landrigan, Esq.
          Andrew Greene & Associates, P.C.
          202 Mamaroneck Avenue
          White Plains, New York 10601