UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NEIL RHODES, et al.,

           Plaintiffs,

-against-                                CIV No.
                                             08 CIV 4283(SCR)

GARY DAVIS, et al.,

           Defendants.
-------------------------------------------------------------------X
AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                                   ) ss:
COUNTY OF WESTCHESTER )

I, Nicole De Lucia, being duly sworn, say; I am not a party to the action, am over 18 years of age and reside in New Rochelle, New York 10801.

On June 6, 2008, I served the within ANSWER, and DEFENDANTS' RULE 7.1 STATEMENT by personally delivering by hand true copies thereof, to:

To:

Thomas C. Landrigan, Esq.
Andrew Greene & Associates
202 Mamaroneck Avenue
White Plains, New York 10601


Sworn to before me this
_ day of June, 2008:

_____                                 _____
Notary Public                                                   Nicole De Lucia
                                                                      Legal Assistant

MICHELE WERTHEIMER FREDMAN
Notary Public, State of New York
No. 02FR4968604
Qualified in Westchester County
Commission Expires July 2, 2012