UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

Rhodes
                         :

            Plaintiff(s)       :

                         :

             v.           :

Davis
                         :

            Defendants(s)  X
-------------------------------------------------------------------

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

08 CV 4283 (SCR)(MDF)

        The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

X
___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

        If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

        Purpose:_____

_____

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

_____

All such motions:_____

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:_____
```

* Do not check if already referred for general pretrial.

DATED:     White Plains, New York

6/12/08

**SO ORDERED.**

*Stephen C. Robinson*
_____
United States District Judge
Stephen C. Robinson